SEYFARTH SHAW LLP
Jamie C. Pollaci (SBN 244659)
jpollaci@seyfarth.com
Sumithra R. Roberts (SBN 256078)
sroberts@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC
and LOWE'S H I W, INC.

SMAILI & ASSOCIATES, PC
Jihad M. Smaili (SBN 262219)
jihad@smaililaw.com
Zien M. Halwani (SBN 322040)
zien@smaililaw.com
600 W Santa Ana Blvd, Ste 202
Santa Ana, CA 92701-4542
Telephone: (714) 547-4700
Facsimile: (714) 547-4710

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO E. PEREDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a corporate entity form unknown; LOWE'S H I W, INC., a corporate entity) form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:20−cv−02352 JLS (KESx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:   November 6, 2020<br>Trial Date:              None Set |

NOTICE OF SETTLEMENT

68962645v.1

Plaintiff Carlo E. Peredo ("Plaintiff") and Defendants LOWE'S HOME CENTERS, LLC and LOWE'S H I W, INC. (collectively "Defendants") by and through their undersigned counsel hereby notify the Court that they have resolved Plaintiff's claims against Defendants.  The parties anticipate filing a formal stipulation of dismissal within 30 days and respectfully request that the Court grant a stay of all pending case deadlines for 30 days.

Pursuant to Local Rule 5-4.3.4(2)(i), I, Sumitra R. Roberts, hereby attest that the content of this document is acceptable to Zien M. Halwani, Counsel for Carlo E. Peredo, and that I have obtained Zien M. Halwani's authorization to affix their electronic signature to this document.

DATE: March 29, 2021               SEYFARTH SHAW LLP

By: */s/ Sumithra R. Roberts*
Sumithra R. Roberts

Attorneys for Defendants
LOWE'S HOME CENTERS, LLC and LOWES H I W, INC.

DATE: March 29, 2021               SMAILI & ASSOCIATES, PC

By: */s/ Zien M. Halwani*
Jihad M. Smaili
Zien M. Halwani

Attorneys for Plaintiff
CARLO E. PEREDO