JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLO E. PEREDO, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a corporate entity form unknown;<br><br>Defendants. | Case No.: 8:20-cv-02352-JLS-KES<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Carlo E. Peredo's entire action against all parties is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: May 04, 2021

_____
Hon. Josephine L. Staton
United States District Judge